UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2017
```

STRIKE 3 HOLDINGS, LLC,

                    Plaintiff,

          -against-                                    17 Civ. 9654 (AT) (KNF)

JOHN DOE subscriber assigned IP address                **ORDER**
184.153.80.154,

                    Defendant.

ANALISA TORRES, District Judge:

       Having referred the case to the Honorable Kevin Nathaniel Fox for general pretrial, the initial pretrial conference scheduled for March 12, 2018 is ADJOURNED *sine die*.

       SO ORDERED.

Dated: December 18, 2017
       New York, New York

       _____
                 ANALISA TORRES
            United States District Judge